No. 01–5176. RADIVOJEVIC v. AIR CANADA. C. A. 7th Cir. Certiorari denied.

No. 01–5177. ANDERSON v. SCOTT, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 01–5178. SHERMAN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–5179. ALEXIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5180. CULP v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–5181. CLARK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5182. KLEIN v. EDWARDS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–5183. ABDELHAQ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–5185. LARA-ADAME v. UNITED STATES; MENDOZA-PICAZO v. UNITED STATES; ALVAREZ-LOPEZ v. UNITED STATES; CASTRO v. UNITED STATES; MEDINA-LIMAS v. UNITED STATES; and TREVIZO-RONQUILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 253 F. 3d 705.

No. 01–5187. ROQUEMORE v. HORNUNG, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–5188. SIMS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–5189. RADTKE v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–5190. ROSS v. FILLON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–5191. MORGAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.